IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XU'E CHEN,
     Plaintiff,

v.                                         Civil No. 3:25cv703 (DJN)

YANGJIANGSHILIANGYILIKEJIYOUXIANGONGSI,
*et al.*,
     Defendants.

## **ORDER**
### **(Scheduling Hearing)**

This matter comes before the Court on Plaintiff Xu'e Chen's ("Plaintiff") Complaint alleging patent infringement against Defendants. (ECF No. 1.) Plaintiff also filed a Motion to Seal Case, (ECF No. 2), a Motion for Temporary Restraining Order and Asset Restraining Order, (ECF No. 5), a Motion for Expedited Discovery, (ECF No. 7), and a Motion for Service of Process by Email, (ECF No. 9).

As an initial matter, the Court hereby SCHEDULES a hearing on Plaintiff's Motion for Temporary Restraining Order and Asset Restraining Order, (ECF No. 5), on Thursday, September 25, 2025, at 11:30 a.m. in Courtroom 6300 of the Richmond Courthouse. This Order provides notice to the public should anyone wish to challenge Plaintiff's Motion by attending the hearing. Additionally, the Court will address Plaintiff's Motion for Expedited Discovery, (ECF No. 7), during the hearing.

Further, the Court hereby GRANTS Plaintiff's Motion for Leave to File under Seal. (ECF No. 2.) Plaintiff requests to file under seal the following documents: (1) Verified Complaint including the Cover Page, which discloses Plaintiff's name, the Defendants' online

seller names and supporting Exhibits, (ECF No. 1); (2) Plaintiff's Motion to Seal and accompanying memorandum, (ECF Nos. 2–3); (3) Notice of Waiver for Plaintiff's Motion to Seal, (ECF No. 4); (4) *Ex Parte* Motion for Temporary Restraining Order and supporting memorandum, (ECF Nos. 5–6); (5) *Ex Parte* Motion for Expedited Discovery and supporting memorandum, (ECF Nos. 7–8); (6) *Ex Parte* Motion for Service by Email and Supporting Memorandum, (ECF Nos. 9–10). (ECF No. 3 at 1.)

The Fourth Circuit has held that "the press and public enjoy a First Amendment right of access to newly filed civil complaints." *Courthouse News Serv. v. Schaefer*, 2 F.4th 318, 328 (4th Cir. 2021). The Fourth Circuit has also recognized a right to access civil docket sheets. *Doe v. Pub. Citizen*, 749 F.3d 246, 268 (4th Cir. 2014). But that right of access "must yield to the supervisory power of the court to control its own records if 'the public's right of access is outweighed by competing interests.'" *Id.* at 886 (citing *In re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984)). Thus, to seal a record or docket sheet, the Court must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcroft v. Conoco*, 218 F.3d 288, 302 (4th Cir. 2000).

First, this Order serves as notice to the public. Should any party wish to object to the sealing of Plaintiff's Complaint and this matter's docket sheet, they may do so by the September 25, 2025 hearing. Second, Plaintiff represents that giving notice of this matter to Defendants would allow them the opportunity to move assets related to their alleged infringing activity away from the jurisdiction of this Court. (ECF No. 3 at 1–2.) As such, good cause exists to seal Plaintiff's Complaint, most of the docket sheet and the Motions contained therein. *See Columbia Pictures Indus., Inc. v. Jasso*, 927 F. Supp. 1075, 1077 (N.D. Ill. 1996) (observing that

2

"proceedings against those who deliberately traffic in infringing merchandise are often rendered useless if notice is given to the infringers"). And third, no less drastic alternative to sealing Plaintiff's Complaint and the docket sheet exists. Thus, the Court hereby GRANTS Plaintiff's Motion to Seal Case. (ECF No. 2.) The Court DIRECTS the Clerk to unseal the caption of this case, while keeping Plaintiff's requested filings, (ECF Nos. 1–10), under seal.

Let the Clerk file a copy of this Order electronically and notify Plaintiff's counsel.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated:  September 15, 2025

3