**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| Xu'e Chen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-703 (DJN) |
| | ) | |
| yangjiangshiliangyilikejiyouxiangongsi | ) | |
| and | ) | |
| yangjiangshishuanglierenkejiyouxiangongsi | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 15 U.S.C. § 1116, 35 U.S.C. § 283, and Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Xu'e Chen ("Plaintiff") respectfully moves this Court to convert the Temporary Restraining Order entered on September 26, 2025 (ECF No. 18) into a Preliminary Injunction.

For the reasons stated in the accompanying Memorandum, Plaintiff respectfully requests that the Court convert the TRO entered on September 26, 2025 (ECF No. 18) into a preliminary injunction enjoining Defendants yangjiangshiliangyilikejiyouxiangongsi (Amazon Seller ID A13C232M8ROQ49) and yangjiangshishuanglierenkejiyouxiangongsi (Amazon Seller ID A1QGJSFW7KS4ND), and Amazon.com, from continuing to sell the Accused Products identified as ASIN B0CWXQL27W and ASIN B0CWXTTBMF, pending final resolution of this Action.

A proposed order is submitted herewith.

Dated: October 9, 2025

Respectfully submitted,

By:  */s/ Brian M. Koide*
Brian M. Koide (VSB No. 46329)
bkoide@mwzb.com
MILLEN, WHITE, ZELANO & BRANIGAN, P.C.

1

2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: 703-243-6333
Fax:  703-243-6410
Attorneys for Plaintiff Xu'e Chen

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of October 2025, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronic Notices of Electronic Filing. I further certify that I emailed the foregoing document to the following individual:

Christopher Keleher
The Keleher Appellate Law Group
ckeleher@appellatelawgroup.com

By:    /s/ Brian M. Koide
Brian M. Koide