IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XU'E CHEN,
      Plaintiff,

v.                                                                Civil No. 3:25cv703 (DJN)

YANGJIANGSHILIANGYILIKEJIYOUXIANGONGSI,
*et al.*,
      Defendants.

## ORDER
### (Denying in Part Motion to Modify Temporary Restraining Order)

This matter comes before the Court on Plaintiff Xu'e Chen's ("Plaintiff") Emergency Motion to Modify Temporary Restraining Order to Include Asset Freeze and Related Scheduling Relief. (ECF No. 38 ("Motion").) In the Motion, Plaintiff seeks to (1) enter an interim restraint on funds derived from funds in Defendants' seller accounts on Amazon.com, Inc; (2) set November 17, 2025 as a deadline for Defendants to respond to this Motion and November 19, 2025 as the deadline for Plaintiff to file a reply; (3) modify the temporary restraining order ("TRO") to incorporate the interim asset freeze; and (4) convert the TRO into a Preliminary Injunction without a hearing. (Motion at 1–2.) The Court hereby DENIES IN PART the Motion as it relates to freezing Defendants' assets, modifying the TRO, and converting the modified TRO into a preliminary injunction without further hearing. The Court GRANTS IN PART Plaintiff's Motion as it relates to the briefing schedule. Accordingly, the Court DIRECTS Defendants to respond to the instant Motion no later than November 17, 2025. Plaintiff must file

a reply no later than November 19, 2025.

Let the Clerk file a copy of this Order electronically and notify Plaintiff's counsel.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  November 14, 2025

2