IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XU'E CHEN,
       Plaintiff,

v.

Civil No. 3:25cv703 (DJN)

YANGJIANGSHILIANGYILIKEJIYOUXIANGONGSI,
*et al.*,
       Defendants.

## ORDER
### (Amending Order to Modify Temporary Restraining Order)

This matter comes before the Court on its own initiative. On November 13, 2025, Plaintiff Xu'e Chen ("Plaintiff") filed an Emergency Motion to Modify Temporary Restraining Order to Include Asset Freeze and Related Scheduling Relief. (ECF No. 38 ("Motion").) In the Motion, Plaintiff sought to (1) enter an interim restraint on funds derived from funds in Defendants' yangjiangshiliangyilikejiyouxiangongsi and yangjiangshishuanglierenkejiyouxiangongsi ("Defendants") seller accounts on Amazon.com, Inc; (2) set November 17,2025 as a deadline for Defendants to respond to this Motion and November 19, 2025 as the deadline for Plaintiff to file a reply; (3) modify the previously-issued temporary restraining order ("TRO"), (ECF No. 18), to incorporate the interim asset freeze; and (4) convert the TRO into a Preliminary Injunction without a hearing. (Motion at 1-2.) In its previous order, (ECF No. 40), the Court denied in part Plaintiff's Motion as it relates to freezing Defendants' assets, modifying the TRO, and converting the modified TRO into a preliminary injunction without further hearing. The Court granted in part Plaintiff's Motion as it relates to the briefing schedule and accordingly directed Defendants to respond to the Motion no later than

November 17, 2025.  (ECF No. 40 at 1.)  Defendants filed their response on November 17, 2025.  (ECF No. 41.)

Upon further consideration, and because Defendants' counsel represents that Defendants have instructed him not to proceed with any more work on this case, (ECF No. 41 at 1), the Court hereby modifies its previous Order to enter an interim restraint on funds derived from funds in Defendants' seller accounts on Amazon.com, Inc and modifies the TRO to incorporate the interim asset freeze.  This asset freeze shall remain in place until the scheduled preliminary injunction hearing for December 9, 2025, at 10:30 a.m.  The Court further notes that Plaintiff shall be responsible for serving this Order, which reflects the modifications to the TRO, on Defendants and Amazon.com, Inc.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date:  November 18, 2025