AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▾

| | | |
|---|---|---|
| Xu'e Chen | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 3:25-cv-00703-DJN |
| yangjiangshiliangyilikejiyouxiangongsi | ) | |
| | ) | |
| yangjiangshishuanglierenkejiyouxiangongsi | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  yangjiangshiliangyilikejiyouxiangongsi
Gongyeyuannanzhiyuyuanyiluxizhiyudongsiluzhong, Yangdongqu
YANGJIANGSHI, GUANGDONGSHENG, CHINA 529933
Email: liangyili888@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Matthew Koide
Millen, White, Zelano, & Brannigon PC
2200 Clarendon Blvd
Suite 1400
Arlington, VA 22201
703-243-6333
Email: bkoide@mwzb.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  10/23/2025                                                                 _Elizabeth Watson_
                                                                                           _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00703-DJN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __yangjiangshiliangyilikejiyouxiangongsi (Defendant #1)__

was received by me on *(date)* ___10/23/2025___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  served on 10/23/2025 via authenticated email liangyili888@yeah.net

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date:  ___10/23/2025___          ___/s/ Brian M. Koide___
                                 *Server's signature*

                                 ___Brian M. Koide, Attorney for Plaintiff___
                                 *Printed name and title*

                                 Millen, White, Zelano, & Branigan, P.C.
                                 2200 Clarendon Blvd, Suite 1400
                                 Arlington, VA 22201
                                 *Server's address*

Additional information regarding attempted service, etc: