IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XU'E CHEN,
      Plaintiff,

v.
                                                  Civil No. 3:25cv703 (DJN)

YANGJIANGSHILIANGYILIKEJIYOUXIANGONGSI,
*et al.*,
      Defendants.

## **ORDER**
### (Excusing Plaintiff's Personal Attendance)

This matter comes before the Court on Plaintiff Xu'e Chen's ("Plaintiff") Reply in Support of Emergency Motion to Modify Temporary Restraining Order to Include Asset-Freeze and Related Scheduling Relief. (ECF No. 45 ("Reply").) During a hearing on October 24, 2025, the Court ordered the personal attendance of the parties at the upcoming settlement conference and preliminary injunction hearing scheduled for November 25, 2025, and December 9, 2025, respectively. (ECF No. 32.) In her Reply, Plaintiff, a citizen of China, represents that she is actively working to obtain necessary travel documentation, but is uncertain whether she will be able to do so in time. (Reply at 3.) In light of this uncertainty, and given that Defendants have instructed their counsel to cease defending this case, (ECF No. 43), the Court excuses Plaintiff from personally attending both the settlement conference and preliminary injunction hearing.

This excusal is contingent upon Plaintiff being available telephonically for both proceedings.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Alexandria, Virginia
Dated:  November 20, 2025

2