CIVIL NON-JURY TRIAL OR MOTION HEARING                    Date: December 12, 2025
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>**XU'E CHEN**<br>     **v.**<br>**YANGJIANGSHILIANGYILIKEJIYOUXIANGONGSI,**<br>**et al.** | CASE NUMBER:    3:25CV00703<br><br>JUDGE:    Novak, USDJ<br><br>COURT REPORTER:    Liscio, OCR |

MATTER ON FOR:    (  ) Bench Trial   (**X**) Motion Hearing   (   ) OTHER: _____

APPEARANCES:        ___Parties by counsel_____

### *TRIAL PROCEEDINGS*

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) (   )    DEFENDANT(S) (   )    COURT (   )
OPENING STATEMENTS MADE (   )   OPENING WAIVED (   )
PLAINTIFF(S) ADDUCED EVIDENCE (   ) RESTED (   )   MOTION (   ) _____
DEFENDANT(S) ADDUCED EVIDENCE (   ) RESTED (   )   MOTION (   ) _____
REBUTTAL EVIDENCE ADDUCED (   )   SUR-REBUTTAL EVIDENCE ADDUCED (   )
EVIDENCE CONCLUDED (   )    ARGUMENTS OF COUNSEL HEARD (   )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH (   )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT (   )
COURT FOUND IN FAVOR OF PLAINTIFF(S) (   )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANTS (   ) _____
CLERK TO ENTER JUDGMENT ON DECISION (   )    TRIAL EXHIBITS RETURNED TO COUNSEL (   )

### *ADDITIONAL NOTATIONS*

Matter came on for hearing on Plaintiff's Motion for Preliminary Injunction (ECF no. 24).
Defense counsel heard.
Findings made by the Court; motion uncontested.
Motion for Preliminary Injunction granted; Order to enter.

### *APPEARANCES*

Plaintiff            Brian M. Koide, Esq.
Defendants        Cecil E. Key, Jr., Esq.

SET   12:30 p.m.        BEGAN   12:52 p.m.        ENDED   1:00 p.m.                    TIME IN COURT 0:08