**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| Xu'e Chen, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )     Civil Action No. 3:25-cv-703 (DJN) |
| | ) |
| yangjiangshiliangyilikejiyouxiangongsi | ) |
|     and | ) |
| yangjiangshishuanglierenkejiyouxiangongsi | ) |
| | ) |
|     Defendants. | ) |

TO:    CLERK OF COURT
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF VIRGINIA

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter default against Defendants yangjiangshiliangyilikejiyouxiangongsi and yangjiangshishuanglierenkejiyouxian-gongsi ("Defendants") for their failure to respond to the Complaint (ECF No. 1) or otherwise defend this Action. In support, Plaintiff Xu'e Chen provides the declaration of its undersigned counsel, Brian M. Koide, Esq.

Dated: January 8, 2026                    Respectfully submitted,

                                By:    */s/ Brian M. Koide*
                                        Brian M. Koide (VSB No. 46329)
                                        bkoide@mwzb.com
                                        MILLEN, WHITE, ZELANO & BRANIGAN, P.C.
                                        2200 Clarendon Blvd., Suite 1400
                                        Arlington, VA 22201
                                        Tel: 703-243-6333
                                        Fax:  703-243-6410
                                        Attorney for Plaintiff Xu'e Chen

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of January, 2026, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronic Notices of Electronic Filing.

By:    /s/ Brian M. Koide
Brian M. Koide