**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| Xu'e Chen, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-703 (DJN) |
| | ) | |
| yangjiangshiliangyilikejiyouxiangongsi | ) | |
|     and | ) | |
| yangjiangshishuanglierenkejiyouxiangongsi | ) | |
| | ) | |
|     Defendants. | ) | |

**<u>DECLARATION OF BRIAN M. KOIDE, ESQ.</u>**

I, Brian M. Koide, Esq. declare as follows:

1.      I currently am Of Counsel at Millen, White, Zelano, & Brannigan, P.C. and am counsel of record for Plaintiff Xu'e Chen ("Plaintiff") in the above-captioned case.

2.      I make this declaration based on my personal knowledge. I am over the age of 18 and can testify to the statements made herein if called upon to do so. I make this declaration to support Plaintiff's Request for Entry of Default.

3.      This action was commenced pursuant to the 35 U.S.C. §101 *et. seq.* for patent infringement.

4.      On October 23, 2025, I served the summons and Complaint (ECF No. 1) (including all exhibits) on Defendants yangjiangshiliangyilikejiyouxiangongsi and yangjiangshishuanglierenkejiyou-xiangongsi ("Defendants"). *See* ECF Nos. 43 and 44. I served Defendants via by email as authorized by the Court's Memorandum Order. *See* ECF No. 18 at 9-10.

5.      The time for Defendants to answer or otherwise respond to the Complaint expired

on November 13, 2025.

6.      The Defendants have not answered or otherwise moved with respect to the Complaint, and the time for these Defendants to answer or otherwise move has not been extended.

7.      Cecil Key, Esq. has appeared on behalf of Defendants but has indicated in open court that Defendants have instructed him not to work on the case and that Defendants will not oppose entry of default and/or default judgment.

8.      Plaintiff now seeks a default judgment against the Defendants.

9.      The Defendants are business entities or associations selling on Amazon.com. Thus, they are not infants or incompetent nor, as far as can be determined by Plaintiff, presently in the military service of the United States as appears from the facts of this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of January 2026.

*/s/ Brian M. Koide*
Brian M. Koide
