**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| Xu'e Chen, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 3:25-cv-703 (DJN) |
| | ) | |
| yangjiangshiliangyilikejiyouxiangongsi | ) | |
|     and | ) | |
| yangjiangshishuanglierenkejiyouxiangongsi | ) | |
| | ) | |
|     Defendants. | ) | |

**ENTRY OF DEFAULT**

In accordance with request of Plaintiff Xu'e Chen ("Plaintiff") to enter default and declaration of Brian M. Koide, counsel of record for Plaintiff, the Clerk of this Court does hereby enter the default of Defendants yangjiangshiliangyilikejiyouxiangongsi and yangjiangshishuanglierenkejiyouxiangongsi for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

_____
CLERK OF COURT

1