**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

Xu'e Chen,

    Plaintiff

vs.

                                        **Civil Action No.** 3:25cv703

Yangjiangshiliangyilikejiyouxiangongsi et al,,

    Defendant

<u>ENTRY OF DEFAULT</u>

IT APPEARING by affidavit of counsel for the plaintiff,  Xu'e Chen, that the defendant's Yangjiangshiliangyilikejiyouxiangongsi and Yangjiangshishuanglierenkejiyouxiangongsi has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant's Yangjiangshiliangyilikejiyouxiangongsi and Yangjiangshishuanglierenkejiyouxiangongsi.

                                      FERNANDO GALINDO, CLERK

DATE: <u>2/11/2026</u>                         BY: _____