IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XU'E CHEN,
     Plaintiff,

v.                                 Civil No. 3:25cv703 (DJN)

YANGJIANGSHILIANGYILIKEJIYOUXIANGONGSI,
*et al.*,
     Defendants.

## ORDER
### (Denying as Moot Motion for Extension of Time)

This matter comes before the Court on Defendants yangjiangshiliangyilikejiyouxiangongsi and yangjiangshishuanglierenkejiyouxiangongsi ("Defendants") Motion for Extension of Time to File Response to Motion for Preliminary Injunction. (ECF No. 30 ("Motion").) Defendants filed the Motion on October 23, 2025. (*Id.*) During the October 24, 2025 hearing, the Court set a preliminary injunction hearing date and established a new briefing schedule directing Defendants to file their response to Plaintiff's Motion for Preliminary Injunction by December 2, 2025. (ECF No. 34.) The Court's subsequent scheduling order superseded the relief requested in the Motion, and the Court has since ruled on the Motion for Preliminary Injunction. (ECF No. 49.) Accordingly, the Court hereby DENIES AS MOOT Defendants' Motion for Extension of Time (ECF No. 30).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                         _____/s/_____
                                         David J. Novak
                                         United States District Judge

Richmond, Virginia
Dated: February 11, 2026